

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2019

No. 04-17-00673-CV

**BITTERROOT HOLDINGS LLC** (Cross-Appellee),
Appellant

v.

**HB PROPERTIES I LLC** (Cross-Appellant),
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01352
Honorable David A. Canales, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice (not participating)
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

The court has considered the Appellant's Motion for Rehearing En Banc and the motion is hereby DENIED.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court